Wafa HAMDAN, Plaintiff/Appellant,

v.

BOARD OF POLICE COMMISSION-ERS, Anne Marie Clark, Robert Haar, Jeffrey Jamieson, and Wayman Smith III, In Their Official Capacities as Commissioners on the Board of Police Commissioners for City of St. Louis,

and

Mayor Clarence Harmon, In his Capacity as Ex–Officio Member of the Board of Police Commissioners,

and

Chief Ronald Henderson, In his Capacity as Chief of Police for the St. Louis Metropolitan Police Department,

and

Lt. Colonel James Hackett, Individually and in his Capacity as Bureau Commander and Police Officer of the Metropolitan St. Louis Police Department,

and

Daniel Wagner, Individually and as a Police Officer for the St. Louis Metropolitan Police Department,

and

Detective James Long, Individually and as a Police Officer for the St. Louis Metropolitan Police Department,

and

Major Robert Zambo, Jr., Individually and as a Police Officer for the St. Louis Metropolitan Police Department, Defendants/Respondents.

No. ED 82900.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 3, 2004.

Motion for Rehearing and/or Transfer to

Supreme Court Denied March 22, 2004.

Application for Transfer Denied
April 27, 2004.

Stephen H. Gilmore, Donald V. Nangle, St. Louis, MO, for appellant.

Edward J. Hanlon, Craig Higgins, City Counselor, St. Louis, MO, for respondents.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Plaintiff appeals from a judgment in defendants' favor granting defendants' motion for summary judgment on Counts I and II of her amended petition and defendants' motion to dismiss Count III of her amended petition. On appeal plaintiff challenges the disposition of Count III. We affirm.

The trial court made extensive findings of fact and conclusions of law supporting its judgment. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).